**FILED**
CLERK, U.S. DISTRICT COURT

10/1/19

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KDI _____ DEPUTY



JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

AARON KIRKPATRICK,     )     NO.  CV 17-8917-CAS (AGR)

            Petitioner,    )

    v.                  )      JUDGMENT

T. FOSS, Warden,        )

           Respondent.  )

_____

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus in this matter is denied as untimely and dismissed with prejudice.

DATED: _____ October 1, 2019 _____      _Christine A. Snyde_ _____

                            CHRISTINA A. SNYDER
                         United States District Judge